

# Fourth Court of Appeals
## San Antonio, Texas

September 6, 2022

No. 04-22-00038-CV

**IN THE ESTATE OF EMILY D. PRIETO**, Deceased,
Appellant

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2008-PB7-000086L1
Honorable Hugo Martinez, Judge Presiding

## O R D E R

On January 28, 2022, appellant Eduardo David Prieto filed a notice of appeal challenging the trial court's October 19, 2021 orders granting appellee Victor G. Prieto's motion for summary judgment and motion to dismiss the case for lack of jurisdiction. Appellant filed his brief on July 8, 2022, making appellee's brief due by August 8, 2022. *See* TEX. R. APP. P. 38.6(b) (setting appellee's brief deadline as thirty days after appellant's brief is filed). Appellee did not file a brief, and this court notified appellee's attorney of the deficiency on August 18, 2022. We also instructed appellee's attorney to file a response by August 29, 2022 with a reasonable explanation for failing to timely file the brief. On August 26, 2022, appellee's attorney, Ryan Solis, filed a response, stating he did not represent appellee on appeal and appellee indicated he would not be hiring appellate counsel. Accordingly, appellee is advised if he wishes to file a brief, he must file his brief **by October 6, 2022.** If the brief is not filed, this case will be set at issue without an appellee's brief.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of September, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court